UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Iwan Simonis, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> Championship, LLC, <br><br> Defendant. | Case No. 1:11-cv-08976 <br><br> Judge Gary Feinerman <br><br> Mag. Judge Sheila M. Finnegan |

## Iwan Simonis, Inc.'s Corporate Disclosure Statement

In accordance with Rule 7.1 of the Federal Rules of Civil Procedure and Local Civil Rule 3.2, plaintiff Iwan Simonis, Inc. states that it has no publicly-held affiliates.

<u>Dated</u>:   December 19, 2011

     s/ Matthew J. Cavanagh
Peter T. Berk (6242515)
David B. Cupar (OH 0071622)
Matthew J. Cavanagh (OH 0079522)
McDonald Hopkins LLC
300 N. LaSalle Street, Suite 2100
Chicago, Illinois 60654
t 312.280.0111
f 312.280.8232
pberk@mcdonaldhopkins.com
dcupar@mcdonaldhopkins.com
mcavanagh@mcdonaldhopkins.com

*Counsel for Iwan Simonis, Inc.*

Certificate Of Service

I hereby certify that on December 19, 2011, a copy of the foregoing <u>Iwan Simonis, Inc.'s Corporate Disclosure Statement</u> was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt, and parties may access this filing through the Court's system. Otherwise, the undersigned will serve a copy of this filing upon defendant Championship, LLC along with service of the summons and complaint.

      s/ Matthew J. Cavanagh
*Counsel for Iwan Simonis, Inc.*

{3502796:}