

600 Superior Avenue, East
Suite 2100
Cleveland, Ohio 44114

Direct Dial: 216.430.2036
E-mail: dcupar@mcdonaldhopkins.com

P 216.348.5400
F 216.348.5474

January 6, 2012

**FILED**
**JAN 10 2012**
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Ms. Haydee Pawlowski
Deputy Clerk
United States District Court
Northern District of Illinois – Eastern Division
United States Courthouse
219 South Dearborn Street – Room 2010
Chicago, Illinois 60604

Re: *Iwan Simonis, Inc. v. Championship, LLC*
N.D. Illinois, Case No. 11-cv-8976

Dear Ms. Pawlowski:

In respect to your December 20, 2011 letter, which is enclosed, no federally registered trademark is at issue in this case. Therefore, there is no trademark to identify or to report to the USPTO. Please feel free to call or write to discuss further.

Sincerely,

David B. Cupar/jkb

David B. Cupar

DBC:jkb
Enclosure



United States District Court
Northern District of Illinois - Eastern Division
United States Courthouse
219 South Dearborn Street - Room 2010
Chicago, Illinois 60604



MICHAEL W. DOBBINS,                                                              Office of the Clerk
Clerk

December 20, 2011

David B Cupar

Mcdonald Hopkins Llc

600 Superior St, East

Suite 2100

Cleveland, OH 44114

**Re:**     **Iwan Simonis, Inc. v. Championship, LLC.**
**Case: 11-cv-8976 - Judge Feinerman**

Dear Counselor:

The documents you recently filed in connection with the above-captioned case have been received. Additional information is required for the completion of reports that are forwarded by this office to Washington, D.C.

The following additional information is required:

| TRADEMARK NUMBER | DATE OF TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

Please provide this information within ten (10) days of today's date.

Sincerely yours,

**Michael W. Dobbins, Clerk**

By:     *s/Haydee Pawlowski*

Deputy Clerk